UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN DOE, subscriber assigned IP address 68.107.56.35,<br><br>                    Defendant. | Civil No.   13cv434-LAB (DHB)<br><br>**ORDER RESCHEDULING MOTION HEARING** |

On March 19, 2013, Plaintiff filed a Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference. (ECF No. 4.) The motion was scheduled to be heard on April 26, 2013 at 9:30 a.m. before Magistrate Judge William McCurine. On April 16, 2013, this case was reassigned to Magistrate Judge David H. Bartick pursuant to the low number rule. (ECF No. 5.) Based on a conflict with the Court's calendar, IT IS HEREBY ORDERED that the motion hearing previously set for April 26, 2013 shall be rescheduled to **May 2, 2013** at **3:30 p.m.** in Courtroom 1A before Magistrate Judge David H. Bartick. The Court will deem the motion submitted as of that date, and unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances will be required on May 2, 2013. *See* Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: April 17, 2013

                                                DAVID H. BARTICK<br>                                              United States Magistrate Judge